IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-cv-01070-PSF-PAC

DANNIE W. JOHNSON and
MARTHA D. JOHNSON,

      Plaintiffs,

v.

OVERRIGHT TRUCKING, INC., a New Mexico Corporation, and
ROSS A. REED,

      Defendants.

_____

**ORDER VACATING HEARING AND TRIAL DATES**
_____

The parties' Joint Motion to Vacate Trial and Motion *In Limine* Hearing (Dkt. # 81) is GRANTED.  It is hereby

ORDERED that the following dates are VACATED:

1)    Motions hearing set for August 11, 2005 at 11:00 a.m.;

2)    Final trial preparation conference set for September 2, 2005; and

3)    Four-day jury trial scheduled to commence September 12, 2005.

It is FURTHER ORDERED that, in light of the parties' Stipulated Notice of Settlement (Dkt. # 80), settlement documents shall be filed with the Court on or before **August 31, 2005.**

DATED:  August 11, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge