IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-cv-01070-PSF-PAC

DANNIE W. JOHNSON and
MARTHA D. JOHNSON,

    Plaintiffs,

v.

OVERRIGHT TRUCKING, INC., a New Mexico Corporation, and
ROSS A. REED,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation for Dismissal (Dkt. # 83) and being fully advised in the premises, does hereby ORDER the Complaint in this matter DISMISSED WITH PREJUDICE.  Each party shall bear his, her or its own costs and attorneys' fees.

    DATED:  September 6, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge